```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FINANCE HOLDING COMPANY, LLC, AS
SUCCESSOR IN INTEREST TO BANK OF
AMERICA, N.A.,
                                                    ORDER
                Plaintiff,                    25 Civ. 3228(NRB)

        - against -

DAVID A. GREUNER, ROYAL HOLDING
R CORP., 124 E 13TH STREET B LLC,
124 E 13TH STREET 2 CORP.,
GREUNER MEDICAL P.C., GREUNER
MEDICAL OF NJ PC, NEW YORK
CARDIOVASCULAR SURGICAL ASSOCIATES,
LLC, ADAM TONIS, D.C., DGAT
PARTNERS LLC, DGAT MANAGEMENT
LIMITED LIABILITY COMPANY, RYAN
HERITS, NICOLE TONIS KRITIKOS, FEM
STRONG HEALTH LLC, FEM STRONG
HEALTH TECH LLC, AMT SOLUTIONS LLC,
MILLER & COMPANY, LLP, and PAUL MILLER,

                Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** the above-captioned action was filed on April 17, 2025, ECF No. 1; and

   **WHEREAS** the Court received a letter from counsel on August 5, 2025, reporting that the main defendant, David A. Greuner, filed a voluntary petition for Chapter 11 bankruptcy on June 13, 2025 in the United States Bankruptcy Court for the Eastern District of New York (Case No. 1-25-42877-jmm), ECF Nos. 64, 64-1; and

**WHEREAS** an "automatic stay" is imposed on any "judicial . . . proceeding against the debtor that was . . . commenced before the commencement of the [bankruptcy] case under this title, or [any proceeding] to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case," 11 U.S.C. § 362(a); it is hereby

**ORDERED** that this action is stayed pending further order of the Court.

Dated:   New York, New York
         August 7, 2025

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE